# Order

Michigan Supreme Court
Lansing, Michigan

September 11, 2009

137465
& (24)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GREGORY LEWIS HOLDER,
     Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137465
COA: 286143
Genesee CC: 06-018835-FH

     On order of the Court, the application for leave to appeal the September 16, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we GRANT the defendant's motion to withdraw the application for leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk